United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: §
§ **CASE NO: 23-70170**
**MICHAEL KEITH CANO,** §
§
Debtor. §
§
§ **CHAPTER 11**

## ORDER
## CHAPTER 11 STATUS CONFERENCE

The Court conducted an initial status conference. It is therefore **ORDERED** that:

1. on or before October 20, 2023, Debtor must
    i. close all current bank accounts and open a Debtor-In-Possession bank account at a United States Trustee ("*U.S.T.*") approved DIP bank;
    ii. provide proof of insurance on all assets to the U.S.T. listing the UST as a party of notice;
    iii. file motions to employ all professionals needed in this case;
    iv. File a completed Form B426
    v. File reports as required pursuant to 11 U.S.C. §1116

2. Additionally, Debtor must
    i. file small business Monthly Operating Reports and pay U.S.T. fees as they become due;
    ii. attend the Initial Debtor Conference and First Meeting of Creditors;
    iii. file a Plan and Disclosure Statement on or before December 27, 2023.
    iv. remain current on all post-petition I.R.S. returns and estimated payments including compliance with Section 346, with the deposit requirements of the Internal Revenue Code and its Regulations and with all state tax law requirements;
    v. file all necessary first day motions with the Court including Use of Cash Collateral

SIGNED October 6, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge