United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 23-70170-M-11 |
| | § | |
| MICHAEL KEITH CANO | § | |
| Debtor. | § | Chapter 11 |

### ORDER ON THE FIRST EXPEDITED APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF FRANK J. RODRIGUEZ AS SPECIAL COUNSEL FOR THE DEBTOR

Upon consideration of the Debtor Michael Keith Cano's *First Expedited Application for the Approval of the Employment of Frank J. Rodriguez as Special Counsel for the Debtor*, ("Application") the Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application is in the best interests of the Debtor, its estate and its creditors and relief under Rule 6003 of the Federal Rules of Bankruptcy Procedure approving employment of *Frank J. Rodriguez* is necessary to avoid immediate and irreparable harm; (iv) *Frank J. Rodriguez* is eligible to represent the estate as special counsel pursuant to 11 U.S.C. § 327(e); (v) proper and adequate notice of the Application has been given and that no other or further notice is necessary; (vi) all objections to the Application have been resolved by this Order or are overruled in their entirety; and (vii) upon the record herein after due deliberation thereon good and sufficient cause exists for the grating of the relief as set forth herein.

IT IS, THEREFORE, ORDERED that the *First Expedited Application for Approval of the Employment of Frank J. Rodriguez as Special Counsel for the Debtor* and that the designation of *Frank J. Rodriguez* as Special Counsel is GRANTED;

IT IS FURTHER ORDERED that pursuant to Section 327(e) of the Bankruptcy Code, the Debtor is authorized to employ *Frank J. Rodriguez* as its special counsel and for the Matters described in the Application, in accordance with and on the terms described in the Application, the engagement letter and this Order, and to perform the services described therein;

IT IS FURTHER ORDERED that the requirements of Section 329 of the Bankruptcy Code have been satisfied;

IT IS FURTHER ORDERED that *Frank J. Rodriguez* shall be compensated upon appropriate application in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Fee Guidelines and any applicable procedures and orders of this Court; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed: February 02, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge