United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-70170 |
| **MICHAEL KEITH CANO,** § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

**ORDER**
**TO SHOW CAUSE**

On February 8, 2024, the Court issued an Order granting Debtor leave to file an Amended Disclosure Statement. ECF No. 44. To date, Debtor has not filed this pleading. It is therefore:

**ORDERED:** that

1. A show cause hearing will be held on **March 29, 2024, at 10:30 a.m..** at the US Bankruptcy Court, 1701 W. Business Hwy 83, 10th Floor, McAllen, TX 78501 (Central Standard Time). Debtor and Debtor's counsel must attend the hearing. Debtor must be prepared to demonstrate to the Court either (i) why an amended disclosure statement has been filed orwhy the instant case should not be dismissed or converted to a proceeding under chapter 7 of the United States Code.

2. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

3. Within two business days of receipt of this Order, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED March 8, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge